IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:18-cv-00323-D

| | |
|---|---|
| KIM DEHAVION CASTELL, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT** |
| ) | **MOTION TO REFER MATTER** |
| ) | **TO MEDIATION** |
| v. ) | |
| ) | |
| ) | |
| SUNTRUST MORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

This matter having come before the Court on the Joint Motion filed by Plaintiff Kim Dehavion Castell ("Plaintiff") and Defendant Suntrust Mortgage, Inc. ("Defendant") requesting that the above-captioned matter be referred to mediation to be scheduled and conducted, by agreement between the Plaintiff and Defendant, on or before March 1, 2019; and it appearing to the Court that cause exists for the Court to grant the relief requested; and with the agreement of the parties to this action;

IT IS HEREBY ORDERED AND AJUDGED THAT:

1. The Joint Motion is granted.

2. The above-captioned matter is hereby referred to mediation to be scheduled and conducted, by agreement between the parties, on or before March 1, 2019.

SO ORDERED. This the __20__ day of December, 2018.

JAMES C. DEVER III
United States District Judge